UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 4:23CR0005 KGB |
| | ) | |
| ODELL HAMPTON | ) | |

## JOINT SENTENCING REPORT

The United States of America, through Jonathan D. Ross, United States Attorney for the Eastern District of Arkansas, Bart Dickinson, and defendant Odell Hampton, through his attorney, Degen Clow, for their joint status report, states:

1. The case is currently set for trial on August 21, 2023.

2. The parties anticipate it will take three days to try the case.

THEREFORE, the parties respectfully submit this Joint Report.

JONATHAN D. ROSS
United States Attorney

By: BART DICKINSON
AR Bar Number 98143
Assistant U. S. Attorney
P. O. Box 1229
Little Rock, AR  72203
Bart.Dickinson@usdoj.gov

1