UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 4:23CR0005 KGB |
| | ) | |
| ODELL HAMPTON | ) | |

## JOINT REPORT

The United States of America, through Jonathan D. Ross, United States Attorney for the Eastern District of Arkansas, Bart Dickinson, and Defendant Odell Hampton, through his attorney, Degen Clow, for their joint status report, states:

1. The case is currently set for trial on November 27, 2023.

2. The parties anticipate it will take three days to try the case.

THEREFORE, the parties respectfully submit this Joint Report.


JONATHAN D. ROSS          Degen D. Clow
United States Attorney     Attorney for Defendant
                          Clow Law
By: BART DICKINSON         301 Roya Lane, STE 1
AR Bar Number 98143        Bryant, AR 72022
Assistant U. S. Attorney   ABN: 2014038
P. O. Box 1229             501-999-2369
Little Rock, AR  72203     degen@clow.law
Bart.Dickinson@usdoj.gov

1